# MINUTE ORDER

CASE NUMBER:      CR. No. 20-00054 HG-01

CASE NAME:        United States of America vs. Leslie Naki

ATTY FOR GOV'T:   Michael F. Albanese

ATTY FOR DEFT:    Pro Se

JUDGE:   Helen Gillmor

DATE:    June 1, 2022

On May 16, 2022, the Court issued an ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER THE FIRST STEP ACT (COMPASSIONATE RELEASE) (ECF No. 94).

On May 31, 2022, Defendant filed a Notice of Appeal (ECF No. 96).

Also on May 31, 2022, Defendant filed two Motions in the District Court:

(1) REQUEST TO APPOINT APPELLATE COUNSEL. (ECF No. 97) and;

(2) MOTION REQUESTING ANY AND ALL COURT DOCUMENTS IN THE ABOVE CASE BE SEALED (ECF No. 101).

## I.  MOTION TO APPOINT APPELLATE COUNSEL

There is no Sixth Amendment right to counsel with respect to a Motion filed pursuant to 18 U.S.C. § 3582(c). United States v. Townsend, 98 F.3d 510, 512-13 (9th Cir. 1996). Nor is there a statutory right to counsel in connection with such a Motion. United States v. Bond, 2020 WL 4340257, *1 (C.D. Cal. Feb. 25, 2020) (declining to appoint counsel on a Motion for Compassionate Release). The Court declines to appoint counsel in this matter.

Defendant's Motion to Appoint Counsel (ECF No. 97) is **DENIED.**

1

## II.  MOTION TO SEAL

A party seeking to seal judicial records bears the burden of overcoming the strong presumption of access by providing sufficiently "compelling reasons" that override the public policies favoring disclosure. Kamakana v. Cty. & Cnty. of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006).

Here, Defendant states that his Motion requests "any and all court documents in the above case be sealed." (Motion at p. 1, ECF No. 101). Defendant has not set forth sufficiently compelling reasons to seal the entire case.

The attachment to the Government's Opposition to Defendant's Motion for Compassionate Release is already sealed. The Court **SEALS** Defendant's Motion to Seal (ECF No. 101). There is no basis for additional sealing at this time.

In addition, Defendant's Motion to Seal (ECF No. 101) fails to comply with District of Hawaii Local Rule 5.2. See District of Hawaii Local Criminal Rule 12.3 explaining that Rule 5.2 governing Motions to Seal applies in criminal cases.

Defendant's Motion to Seal Any And All Court Documents (ECF No. 101) is **DENIED.**

Submitted by: Rachel Sharpe, Courtroom Manager